1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Julio Antonio Sosa

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| JULIO ANTONIO SOSA, | Case No.: 2:15-cv-06510-MRW |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE:  February 25, 2016

_____
THE HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

1  DATE: February 23, 2016        Respectfully submitted,

2                                  LAW OFFICES OF LAWRENCE D. ROHLFING

3                              BY: /s/ *Denise Bourgeois Haley*
                                   Denise Bourgeois Haley
4                                  Attorney for plaintiff Julio Antonio Sosa

-2-

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:15-CV-06510-PSG-MRW**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on February 23, 2016.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Denise Bourgeois Haley*

_____
Denise Bourgeois Haley
Attorneys for Plaintiff
_____